UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TICOR TITLE INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No. 05-CV-73709-DT

NATIONAL ABSTRACT AGENCY, INC. et al.,

    Defendants.
                                                 /

**ORDER SETTING DEADLINES AND SCHEDULING A TELEPHONE CONFERENCE**

On March 8, 2006, the court conducted a status conference in the above-captioned matter. During that conference, the parties represented to the court that when certain depositions were taken in this matter, the issue of negligence arose. Moreover, Plaintiff represented to the court that it desires to amend its complaint to add a negligence component and an additional party. Defendants represented to the court that they do not object to Plaintiff's desire to amend its complaint. The court instructed Plaintiff to amend its complaint no later than **March 15, 2006**, and any answer/response that Defendants provide will be due no later than **March 22, 2006.** The court also advised the parties to continue with discovery during this interim period. The court will conduct a telephone conference in this case on **April 5, 2006 at 3:30 p.m.** The court will initiate the call.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: March 10, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2006, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\Odd Orders\05-73709.TICOR.SettingDeadlinesAndSchedulingTelephoneConference.wpd