**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TICOR TITLE INSURANCE COMPANY,

       Plaintiff,

v.

                                          Case No. 05-CV-73709-DT

NATIONAL ABSTRACT AGENCY, INC.,
et al.,

       Defendants.
                                     /

STEADFAST INSURANCE COMPANY,

       Plaintiff,

v.

                                          Case No. 06-CV-15537-DT

NATIONAL ABSTRACT AGENCY, INC.,
et al.,

       Defendants.
                                     /

**ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES
AND SETTING SCHEDULING DATES**

On February 6, 2007 the court conducted a joint status conference in the above-captioned cases. During the conference, the court determined that, in the interests of judicial economy, these two cases should be consolidated for discovery purposes. The court will determine at a later date whether the cases should also be consolidated for trial purposes. The court also discussed with the parties its expectation that, through diligence and cooperation, *both* cases could finish discovery within the next two months. Accordingly,

IT IS ORDERED that discovery in both cases shall be completed by **April 16, 2007.** In order to aid in this process, a copy of all discovery taken to date in Case Number 05-73709 shall be provided to counsel in Case Number 06-15537 by **February 16, 2007.** Dispositive motions, if any, shall be filed by **April 30, 2007.**[1]

IT IS FURTHER ORDERED that the court shall conduct a telephone conference on **April 10, 2007 at 10:00 a.m.** to discuss the status of the cases. Counsel for Ticor Title Insurance Company shall place the call.

      S/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated: February 8, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 8, 2007, by electronic and/or ordinary mail.

      S/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522

---

[1] The court reiterates its preference in bench trials for dispositive motions to be brought under Federal Rule of Civil Procedure 52, as a trial on the papers, as opposed to under Rule 56.

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-73709.TICOR.ConsolidateDiscovery.wpd